## RICHARDSON v. COMMONWEALTH

(Decided February 6, 1931.)

Stephen H. Rice for movant.

J. W. Cammack, Attorney General, and Howard Smith Gentry for appellee.

PER CURIAM. Judgment of conviction for malicious shooting and wounding, imposing a fine of $75 and 25 days in jail.

Appeal denied; judgment affirmed.

## MAMMOTH LIFE & ACCIDENT INSURANCE COMPANY v. WHITE.

(Decided February 17, 1931.)

Stout & Herdman for movant.

W. O. Rodes and W. B. Gaines opposed.

PER CURIAM. Judgment for $130.15 on contract of employment, and dismissing counterclaim of $84.03.

Appeal denied; judgment affirmed.

## BEATTY v. COX.

(Decided February 24, 1931.)

Beatty & Beatty for movant.

G. W. Pendergrass opposed.

PER CURIAM. Judgment for $250 and interest on note.

Appeal denied; judgment affirmed.